**Harvey P. SHORT, Plaintiff—Appellant,**

v.

**John DOE; Pressie Boykin, Probation Agent; Audrey E. Melbourne; White, Assistant State Attorney; Jay Creech, Assistant State's Attorney; Prince George's County Government; Governor of the State of Maryland; Warden Smith; Richard A. Lanham, Jr.; Secretary of Public Safety, and Correctional Services; William D. Missouri; William H. McCullough; Alexander Williams, Jr.; Prince George's County Police Department; John Doe, State Trooper # 1; John Doe, State Trooper # 2; William Donald Shaffer, Governor; Parris N. Glendening, Governor; Bishop L. Robinson; Jane Doe, Commitment Office Manager; US Air Group, Incorporated; Sheriff Pendergrass; Captain Harvey; Patuxent Institution, Superintendent; Maryland Correctional Training Center, Warden; Maryland Reception, Diagnostic and Classification Institute; Super Fresh Food Markets of Maryland, Incorporated; 7–Eleven, Defendants—Appellees.**

No. 07–7001.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Harvey P. Short, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Short v. Doe*, No. 8:06–cv–02217–DKC (D. Md. June 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*